**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LORI LECLAIR,

                Plaintiff - Appellant,

   v.

CAROLYN W. COLVIN, Commissioner
of Social Security,

                Defendant - Appellee.

No. 13-16204

D.C. No. 2:12-CV-00655-SRB

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Argued and Submitted October 6, 2014
Phoenix, Arizona

Before: D.W. NELSON, SILVERMAN, and M. SMITH, Circuit Judges.

    Lori LeClair appeals the district court's order affirming the decision of the

Commissioner of the Social Security Administration denying her Social Security

disability insurance and supplemental security income benefits. We have

jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

      [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

The ALJ provided clear and convincing reasons, supported by substantial evidence, to support his decision to give little weight to the treating physician's opinion. Dr. Easton's medical assessment did not cite objective evidence supporting the limitations imposed. *Thomas v. Barnhart*, 278 F.3d 947, 957 (9th Cir. 2002). Moreover, the record as a whole supports the ALJ's determination that LeClair's condition improved following her hip replacement surgeries. *Moncada v. Chater*, 60 F.3d 521, 523 (9th Cir. 1995) (per curiam). Finally, substantial evidence supports the ALJ's conclusion that Dr. Easton based her assessment on LeClair's subjective complaints. *Tommasetti v. Astrue*, 533 F.3d 1036, 1041 (9th Cir. 2008).

The ALJ properly provided the vocational expert with LeClair's limitations and restrictions based on the entirety of the evidence in the record. *Tackett v. Apfel*, 180 F.3d 1094, 1101 (9th Cir. 1999); *Embrey v. Bowen*, 849 F.2d 418, 422 (9th Cir. 1988).

The district court did not err in affirming the denial of benefits.

**AFFIRMED.**